DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES BERNARD SIMS,**
Appellant,

v.

**WENDY PERRY SIMS,**
Appellee.

No. 4D19-3667

[November 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. FMCE18-7937.

David M. Scott of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***